1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

UNTIED STATES OF AMERICA,

8

                                    Plaintiff,            Case No. 08-239-RAJ

9

        v.                                                **ORDER GRANTING MOTION TO
                                                          MODIFY CONDITIONS OF
10                                                        RELEASE**

DARWIN MAURICE CALDWELL,

11

                                    Defendant.

12

        The Court GRANTS the unopposed motion to modify conditions of pretrial release,

13

Dkt. 67, and ORDERS:

14

        (1)     The condition defendant be on Active Global Positioning Satellite Monitoring

15

with curfew between 7:30 am and 6:00 pm is deleted;

16

        (2)     The defendant shall participate in Active Global Positioning Satellite Monitoring

17

and shall comply with a curfew as directed by the location monitoring specialist. The defendant
shall abide by all program requirements, and must contribute towards the costs of the services, to

18

the extent financially able, as determined by the location monitoring specialist. All other
conditions of release shall remain in effect.

19

        DATED this 7th day of October, 2019.

20

21

                                                    _____
                                                    BRIAN A. TSUCHIDA

22                                                  Chief United States Magistrate Judge

23

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF
RELEASE- 1